UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff, | CRIMINAL NO. 5:15-CR-22-KKC |
| V. | **OPINION AND ORDER** |
| ARNAV LEE WHEAT,    Defendants. | |

*************

This matter is before the Court on two motions filed by defendant Arnav Lee Wheat requesting that this Court order that he be placed on home confinement for some portion of his prison term. (DE 262, 264).

Wheat pleaded guilty to conspiring to distribute 500 grams or more of cocaine. By judgment dated March 29, 2016, the Court sentenced him to a 72-month prison term. In his motions, he states that his projected release date is March 19, 2021. He asks that the Court order that the BOP place him on home confinement for some time period prior to his release.

The BOP, not the Court, is the entity that designates the place of a prisoner's imprisonment. 18 U.S.C. § 3621(b). It is also the entity that determines whether an inmate should be placed on home detention. This is made clear by the plain language of the First Step Act, which amended 18 U.S.C. § 3624(c)(2) to provide, "The Bureau of Prisons shall, to the extent practicable, place prisoners with lower risk levels and lower needs on home confinement for the maximum amount of time permitted under this paragraph." First Step Act Of 2018, Pub. L. No. 115-391, 132 Stat 5194, § 602.

The maximum amount of time for home confinement permitted under the statute is "the shorter of 10 percent of the term of imprisonment of that prisoner or 6 months." 18 U.S.C. § 3624(c)(2). The statute grants the BOP wide discretion in determining whether an inmate should be placed on home detention, providing that this authority "may be used" by the BOP "to the extent practicable." 18 U.S.C. § 3624(c)(2). This statutory scheme recognizes that the BOP is the entity that is in the best position to make the individualized assessment necessary to determine whether home confinement is appropriate for a particular inmate.

Because it is the BOP that determines whether home confinement for an inmate is appropriate, the Court hereby ORDERS that Wheat's motions (DE 262, 264) for the Court to order that relief are DENIED.

Dated April 24, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY